CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6940
FAX: (415) 436-7240
kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAX VOONG,<br><br>Defendant. | NO. 3:24-CR-00553-SI<br><br>NOTICE OF DISMISSAL AND ~~PROPOSED~~ ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against MAX VOONG.

DATED: September 8, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
JEFF MITCHELL
Chief, Criminal Division

**~~[PROPOSED]~~ ORDER**

Leave is granted to the government to dismiss the indictment against MAX VOONG. The motion hearing scheduled for September 25, 2026 is hereby **VACATED.**

**IT IS SO ORDERED.**

Date: September 9, 2026

HON. SUSAN ILLSTON
United States District Judge